JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No: SA CV 22-01631-DOC-DFMx Date: August 3, 2023

Title: Ann Kalfuss v. Sonesta International Hotels Corporation, et al.

PRESENT: THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Sharon Seffens |
|---|---|
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| John Owen Murrin | Angel Marti |

**PROCEEDINGS:** MOTION TO WITHDRAW AS ATTORNEY FOR PLAINTIFF [21]

The case is called. The Court and counsel confer.

For reasons as stated on the record, the Court DISMISSES this case without prejudice.

All hearings in this case are hereby VACATED and taken off calendar.

 : 13
 Initials of Deputy Clerk: kdu